# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD WALSH, | : | |
|    Petitioner | : | No. 1:02-cr-00252-2 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|    Respondent | : | |

## **ORDER**

**AND NOW**, on this 30th day of September 2022, upon consideration of Petitioner Gerald Walsh ("Petitioner")'s motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 169), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion (Doc. No. 169) is **DENIED**;

2. A Certificate of Appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the related case at 1:22-cv-01308.

                                                        s/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania